UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 3, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 07-0150M-01 (CR) |
| | : | |
| **TROY ALAN LEWIS,** | : | VIOLATIONS: |
| Defendant | : | 18 U.S.C. § 2422(b) |
| | : | (Attempted Coercion and Enticement of a |
| | : |  Minor) |
| | : | 18 U.S.C. § 2423(b) |
| | : | (Traveling with intent to engage in sex with |
| | : |  a Minor) |

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about April 23, 2007, the defendant, **TROY ALAN LEWIS**, within the District of Columbia and elsewhere, using a facility of interstate commerce, that is a computer and modem, connected to the Internet, did knowingly attempt to persuade, induce, entice and coerce a minor under 18 years of age known to the defendant as "K", to engage in sexual activity under such circumstances as would constitute a criminal act under Title 22, District of Columbia Code, Section 3008.

(**Attempted Coercion and Enticement of a Minor**, in violation of 18 United States Code, Section 2422(b))

## COUNT TWO

On or about April 23, 2007, the defendant, **TROY ALAN LEWIS**, did knowingly travel in interstate commerce, that is, from the State of Maryland to the District of Columbia, for the purpose of engaging in illicit sexual conduct, to wit: a sexual act as defined in Title 18, United States Code, Section 2246 with a person under eighteen years of age, and said sexual act would be in violation of Chapter 109A of Title 18, United States Code, specifically, 18 U.S.C. §2243, if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

(**Travel with Intent to Engage in Illicit Sexual Conduct**, in violation of Title 18, United States Code, Section 2423(b)).

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia