IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


| | |
|---|---|
| **UNITED STATES** | ) |
| | ) **Cr. No. 07-0119 (GK)** |
| **V.** | ) |
| | ) |
| **TROY LEWIS** | ) |

### MOTION FOR CHANGE IN CONDITIONS OF RELEASE

Defendant Troy Lewis, through counsel, respectfully moves the Court to modify his condition

of release from bondless detention to release into the community with whatever conditions, e.g, high

intensity supervision, or alternatively, halfway house placement, the Court deems appropriate.  As

grounds, counsel states as follows:

I.      BACKGROUND

Mr. Lewis was arraigned on charges of Attempted Coercion and Enticement of a

Minor, and Travel with Intent to Engage in Illicit Sexual Conduct (with a minor) before Magistrate

Judge Kay on May 2, 2007.  At that time the government sought bondless detention for Mr. Lewis

on grounds of community danger, and Judge Kay concurred, citing the charges in this case and the

fact that child pornography was found on a disc in Mr. Lewis' residence.  Counsel for Mr. Lewis

requested that he be placed in high intensity supervision (electronic monitoring) or, alternatively, in

a halfway house.  The Pretrial Service Agency recommended placement in the High Intensity

Supervision Program.  As noted,  Judge Kay denied the request but noted that counsel might raise

the issue before this Court, as a status hearing is scheduled for May 9, 2007.

Mr. Lewis is a medical student who was scheduled to graduate on May 19, 2007.  He

has no prior record

II.    <u>Argument</u>

The government sought detention pursuant to 18 U.S.C. §3142(f)(1) (crime of violence), and Mr. Lewis was detained pursuant to 18 U.S.C. §3142(e) (safety). Detention is not mandatory, however; any presumption may be rebutted, and 18 U.S.C. §3142(g) lists and enumerates factors to be considered in fashioning conditions of release.

Clearly the charges here are serious. The issue, however is whether Mr. Lewis is so dangerous that he must be held without bond.

Mr. Lewis is a medical student at the Uniformed Services University of the Health Sciences on the grounds of the Bethesda Naval Medical Facility. He was scheduled to graduate on May 19 and be posted to the Naval Hospital in Bremerton Washington. He is 39 years old and shows no criminal history.[1]

The contact here was effected by computer; there was no contact with any child. The only conversation was between Mr. Lewis and the detective. Obviously the Court may order that Mr. Lewis have no computer in his residence and that he not utilize a computer in any fashion while this matter is pending, including any visits to WiFi locations or computer cafes.

In sum, counsel submits that the Court can fashion conditions of release in this matter that do not necessitate bondless detention. Electronic monitoring, a curfew, and frequent reporting to Pretrial, we submit, will assure the safety of the community as well as appearance. Should the Court require more restrictive conditions, we would suggest halfway house placement.

---

[1]Although the Pretrial Services Report indicates that the information has not been verified, naval personnel have attended prior hearings and have verified Mr. Lewis' status in the navy, and at least one neighbor was present at the initial appearance.

For the foregoing reasons, and any others that may appear to the Court counsel and Mr. Lewis ask that the Court modify the current condition and order placement in the high intensity supervision program, or, alternatively in a halfway house.

Respectfully submitted,

A.J. Kramer

Federal Public Defender

By:        _____/s/_____
           Shawn Moore
           Assistant Federal Public Defender
           Attorney for Troy Lewis
           DC Bar#214171
           625 Indiana Avenue, NW #550
           Washington, DC 20004
           202/208-7500
           Fax/208-7515 or 501-3829

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) **Cr. No. 07-0119 (GK)** |
| **V.** | ) |
| | ) |
| **TROY LEWIS** | ) |

## ORDER

Defendant Lewis having moved for a change in conditions of release, and good cause shown,

it is hereby **ORDERED** that the motion is granted in the following particulars:

This, the              Day of April, 2007.

_____
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE