IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


| | |
|---|---|
| **UNITED STATES** | ) |
| | ) Cr. No. 07-0119 (GK) |
| V. | ) |
| | ) |
| **TROY LEWIS** | ) |

**MOTION FOR TRANSFER TO
CORRECTIONAL TREATMENT FACILITY**

Defendant Troy Lewis, through counsel, respectfully moves the Court to order his transfer from the District of Columbia Detention Facility (D.C. Jail) to the Correctional Treatment Facility (CTF)  As grounds, counsel states as follows:

1. Mr. Lewis is charged with attempted coercion and enticement of a minor and travel with the intent to engage in illicit sexual conduct (with a minor) ;

2. Mr. Lewis is held without bond pending trial.  He requests transfer to CTF for medical and dietary reasons.  He is subject to migraine headaches and has had difficulty in receiving treatment.  He is also a vegetarian and has had no success in obtaining a vegetarian diet at the jail.  It is undersigned counsel's experience that medical treatment and special diets at CTF are more readily available than at the jail.

Accordingly, for the foregoing reasons and any others that may appear to the Court, Mr. Lewis asks that the instant motion be granted, that is, that Mr. Lewis be moved to the CTF facility and that he be provided a vegetarian diet.

Respectfully submitted,

A.J. Kramer

Federal Public Defender

By: _____/s/_____
Shawn Moore
Assistant Federal Public Defender
Attorney for Troy Lewis
DC Bar #214171
625 Indiana Avenue, NW #550
Washington, DC 20004
202/208-7500
Fax/501-3829

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) Cr. No. 07-0119 (GK) |
| V. | ) |
| | ) |
| **TROY LEWIS** | ) |

**ORDER**

Defendant Troy Lewis (DCDC 314-439) having moved for a transfer to the CTF facility, and for the provision of a special (vegetarian) diet, and good cause shown, it is hereby **ORDERED**, that the motion is granted.

This, the _____ Day of May, 2007.


_____
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE