IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | ) |
| | ) Cr. No. 07-0119 (GK) |
| v. | ) |
| | ) |
| TROY LEWIS | ) |

FILED

MAY 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Defendant Troy Lewis (DCDC 314-439) having moved for a transfer to the CTF facility, and for the provision of a special (vegetarian) diet, and good cause shown, it is hereby **ORDERED**, that the motion is granted.

This, the 15th Day of May, 2007.

_____
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE