**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) Cr. No. 07-0119 (GK) |
| V. | ) |
| | ) |
| <u>**TROY LEWIS**</u> | ) |

**MOTION TO DISMISS COUNT ONE OF
<u>THE INDICTMENT FOR INSUFFICIENCY</u>**

Defendant Troy Lewis, through counsel, respectfully moves the Court to dismiss count one of the indictment in this matter. Mr. Lewis and counsel submit that the facts of this case leading to the count are insufficient to charge an attempt, and therefore, the count must be dismissed. As grounds, counsel states as follows:

I.    <u>BACKGROUND</u>

Count one of the instant indictment charges Mr. Lewis with Attempted Coercion and Enticement of a Minor. According to the government, on April 23 2007, Mr. Lewis, through his computer, engaged in chat room, then private communication, with a Metropolitan Police Detective acting in an undercover capacity. A transcript of the discussion is attached as Exhibit A. As the transcript indicates, there is considerable discussion about sex acts with children. Initially the conversation focused on the undercover's purported daughter; the discussion then moved to the purported 10 year old daughter of a "coke slut." The undercover advised that he had committed sex acts on the child, paying money to the "mother" for the acts. According to transcript the undercover at some point messaged a photograph of the purported 10 year old to Mr. Lewis. The discussion ultimately turns to the request to the undercover to "set something up for tonight or tomorrow night",

with the two men initially meeting elsewhere. Mr. Lewis met the undercover at a bar in Chinatown, DC, and was almost immediately arrested. No child was present, and, indeed, there was never an intent to have a child present. Again, Mr. Lewis is charged with attempt in count I.

II.     AN ATTEMPT CANNOT BE ESTABLISHED HERE

There appear to be four salient points in the government's indictment of Mr. Lewis for attempted enticement: 1) the computer discussion with the undercover detective; 2) the receipt of the picture of the purported child by Mr. Lewis from the undercover officer; 3) the arrival of Mr. Lewis at the agreed location, where he was arrested; and, 4) the hard core child pornography on the compact disk and the softer core pornography, both of which are to be offered as 404(b) evidence.

When determining whether a criminal attempt occurs the focus must be on the defendant's intent and actions in furtherance of that intent. *United States v. Washington*, 323 U.S. App. D.C. 175, 197, 108 F.3d 197 (D.C. Cir. 1997).

To establish an attempt, "the prosecutor must show that the defendant 'acted with the kind of culpability' otherwise required for the commission of the crime which he is charged with attempting', and that he "engaged in conduct which constitutes a substantial step toward the commission of the crime.'" *United States v. Washington*, 323 U.S. App. D.C. 175, 197, 108 F.3d 983, 1005 (D.C. Cir. 1997), quoting *United States v. Mandujano*, 499 F.2d 370, 376 (5th Cir. 1974). *Accord* 2 Wayne R. La Fave & Austin W. Scott, Jr., Substantive Criminal Law 18 (1986).

Here, although there was discussion of sexual activity with the child, defendant Lewis characterizes it a "fantasy discussion" and the undercover so acknowledges. Thus:

> *Subtle Discrete* (4/23/2007 4:53:28 PM): As far as I'm concerned
> this merely a fantasy discussion and any meeting would be to
> discuss this fantasy in which neither of us would ever actually

> indulge.
>
> *jim p* (4/23/2007 4:53:41 PM): kool

Accordingly the intent on the part of defendant Lewis is to continue the discussion with the undercover officer.

As noted, for an attempt to occur, the defendant must have taken a "substantial" step towards the crime's commission. *Washington, supra*; *United States v. Ivic*, 700 F.2d 51, 66 (2nd Cir. 1983). Here defendant Lewis drove to the District to meet with the undercover officer. No money was offered. No request was made that the child be present at the location where Mr. Lewis met the undercover officer. There are no materials which can be associated with the charged crime, such as trinkets, candy, toys, or any other things that might entice a child. No condoms were seized, nor anything else associated with sexual activity, such as lubricants.

Secondly, the photograph of the child was sent by the undercover officer to Mr. Lewis. Mr. Lewis forwarded no photos of himself to the detective.

Thirdly, although the possession of the compact disk that was seized from Mr. Lewis' apartment may be subject him to a charge, that possession, we submit, does not make for a substantial step required for an attempt. Rather than a substantial step toward the enticement of the child, Mr. Lewis' actions do not reach preparation, let alone a substantial step.[1]

Although the conduct depicted in the disk is criminal perverted, and reprehensible, and the subject of the computer discussion foul, possession and discussion do not make an attempt.

Accordingly, for the foregoing reasons, and any others that may appear to the Court, counsel

---

[1] However, *see United States v. Murrell*, 368 F.3d 1283 (11th Cir. 2004); *United States v. Bolen*, 2005 WL 1475845 (11th Cir. 2005); *United States v. Meek*, 366 F.3d 705 (9th Cir. 2004; *United States v. Spurlock*, 386 F.Supp.2d 1082 (W.D. Mo. 2005).

and Mr. Lewis ask that count I of the indictment be dismissed.

Respectfully submitted,

A.J. Kramer

Federal Public Defender

By: _____/s/_____
Shawn Moore
Assistant Federal Public Defender
Attorney for Troy Lewis
DC Bar #214171
625 Indiana Avenue, NW #550
Washington, DC 20004
202/208-7500
Fax/208-7515 or 501-3829

jim p (4/23/2007 3:43:50 PM): yep mmmmm
Subtle Discrete (4/23/2007 3:44:10 PM): wish I had one
jim p (4/23/2007 3:44:25 PM): mine is 11
Subtle Discrete (4/23/2007 3:44:32 PM): damn. perfect age
jim p (4/23/2007 3:44:38 PM): great age
jim p (4/23/2007 3:44:56 PM): asl
Subtle Discrete (4/23/2007 3:45:10 PM): white guy, live in md
jim p (4/23/2007 3:45:22 PM): really im in md to close to dc
jim p (4/23/2007 3:45:25 PM): kool
Subtle Discrete (4/23/2007 3:45:39 PM): close to dc here as well
jim p (4/23/2007 3:45:50 PM): kool white guy here 36 u
Subtle Discrete (4/23/2007 3:45:57 PM): white guy, 39
jim p (4/23/2007 3:46:07 PM): kool
Subtle Discrete (4/23/2007 3:46:23 PM): so what does the young honey look like?
jim p (4/23/2007 3:46:48 PM): ill show u
Subtle Discrete (4/23/2007 3:47:03 PM): I have to load messenger to see pics. one sec
jim p (4/23/2007 3:47:06 PM): k
jim p (4/23/2007 3:48:59 PM): i have sniffed her panties jacked off to her while she sleeps and some light touching as well she lives with ex now in va
Subtle Discrete (4/23/2007 3:49:35 PM): damn. that's erotic
Subtle Discrete (4/23/2007 3:50:38 PM): back
jim p (4/23/2007 3:50:49 PM): okay
Subtle Discrete (4/23/2007 3:51:00 PM): now I will be able to see
jim p (4/23/2007 3:51:49 PM): im afraid she will tell her mom thats why i do stuff when she is asleep
Subtle Discrete (4/23/2007 3:51:51 PM): very nice
Subtle Discrete (4/23/2007 3:52:03 PM): so she's never been awake?
jim p (4/23/2007 3:52:28 PM): but i did get lucky about a year ago with this coke sluts daughter who is 10 lil skinny black chic
Subtle Discrete (4/23/2007 3:53:00 PM): that's what I think I need to find- some crackhead with a daughter.
Subtle Discrete (4/23/2007 3:53:02 PM): how did it go?
jim p (4/23/2007 3:53:24 PM): man i was scared as shit at first but fucking great
Subtle Discrete (4/23/2007 3:53:46 PM): some Ga Ave girl?
jim p (4/23/2007 3:54:15 PM): no i met her on rhode island ave near the md line
Subtle Discrete (4/23/2007 3:54:38 PM): what happened?
jim p (4/23/2007 3:55:51 PM): i fucked her mom for a while one night i asked her what she would think if i gave her some money to let lil k thats her daugher to suck my dick she was like fuck no
jim p (4/23/2007 3:55:58 PM): eventually i talked her into it
Subtle Discrete (4/23/2007 3:56:14 PM): damn, that's hot!
Subtle Discrete (4/23/2007 3:56:18 PM): just happened once?
jim p (4/23/2007 3:56:37 PM): no im still doing it i try to hook it up two or three times a month
Subtle Discrete (4/23/2007 3:56:46 PM): k too?
jim p (4/23/2007 3:57:04 PM): yeah i rarely fuck her mom just k

Subtle Discrete (4/23/2007 3:57:14 PM): damn!
jim p (4/23/2007 3:57:39 PM): yeah its pretty hot i take her to the hotel for a few hours sometimes all night
Subtle Discrete (4/23/2007 3:57:58 PM): well, you can imagine how envious I am.
jim p (4/23/2007 3:58:17 PM): lol
jim p (4/23/2007 3:58:42 PM): it took me a long time to hook this shit up i thought i was going to have to go to another country
Subtle Discrete (4/23/2007 3:58:50 PM): that's what I've assumed
jim p (4/23/2007 3:59:04 PM): its hard
jim p (4/23/2007 3:59:15 PM): u active with any
Subtle Discrete (4/23/2007 3:59:39 PM): no. which really sucks, as you know.
jim p (4/23/2007 3:59:45 PM): lol sorry
Subtle Discrete (4/23/2007 3:59:53 PM): like you said, it's a bitch to set up.
jim p (4/23/2007 4:00:01 PM): just jack to the pics right lol
Subtle Discrete (4/23/2007 4:00:28 PM): only option at the moment.
jim p (4/23/2007 4:00:55 PM): i hear ya where u getting most of yours
Subtle Discrete (4/23/2007 4:01:12 PM): remember photoisland?
jim p (4/23/2007 4:01:25 PM): yeah that was softcore shit right?
jim p (4/23/2007 4:01:48 PM): like a pretten nude site
Subtle Discrete (4/23/2007 4:01:51 PM): not all of it. someone turned me on to some serious albums one time
jim p (4/23/2007 4:01:56 PM): mmmmmmm
jim p (4/23/2007 4:01:58 PM): nice
Subtle Discrete (4/23/2007 4:01:59 PM): pretty hardcore
jim p (4/23/2007 4:02:33 PM): mmmmmm
Subtle Discrete (4/23/2007 4:02:45 PM): yeah
jim p (4/23/2007 4:03:10 PM): lil k is skinny with a lil round ass and lil buds
Subtle Discrete (4/23/2007 4:03:25 PM): yum
Subtle Discrete (4/23/2007 4:04:06 PM): k sounds perfect
Subtle Discrete (4/23/2007 4:04:16 PM): how much does mom get?
jim p (4/23/2007 4:04:29 PM): i think i have a pic of her somewhere if u wanna see
jim p (4/23/2007 4:04:37 PM): i took it at the hotel room
Subtle Discrete (4/23/2007 4:04:41 PM): cool
Subtle Discrete (4/23/2007 4:05:53 PM): wow!
jim p (4/23/2007 4:06:03 PM): hot right
Subtle Discrete (4/23/2007 4:06:14 PM): fuck yeah
jim p (4/23/2007 4:06:17 PM): ty
jim p (4/23/2007 4:06:26 PM): i told u i was lucky
Subtle Discrete (4/23/2007 4:06:36 PM): no shit
Subtle Discrete (4/23/2007 4:06:45 PM): damn she's sweet
jim p (4/23/2007 4:06:49 PM): very
Subtle Discrete (4/23/2007 4:07:18 PM): and mom's okay with it I guess? $ always helps
jim p (4/23/2007 4:07:33 PM): yeah she is kool
Subtle Discrete (4/23/2007 4:08:12 PM): I wonder if she still limits k to you?
jim p (4/23/2007 4:08:33 PM): probably cause im the one who came to her about it

Subtle Discrete (4/23/2007 4:09:04 PM): yeah, but she's a coke-head. she'll be hard-up for cash at some point and remember where the easy money is.
jim p (4/23/2007 4:09:22 PM): she doesnt want to get busted for the shit i had to talk her into this shit
Subtle Discrete (4/23/2007 4:09:34 PM): okay
jim p (4/23/2007 4:10:06 PM): true but i dont think she will be obvious about it i think because she knew me she had some trust but i dont know
Subtle Discrete (4/23/2007 4:11:10 PM): sorry, got disconnected for a sec
jim p (4/23/2007 4:11:15 PM): kool
jim p (4/23/2007 4:11:25 PM): i added u
Subtle Discrete (4/23/2007 4:12:22 PM): okay. cool
jim p (4/23/2007 4:12:28 PM): kool
Subtle Discrete (4/23/2007 4:13:40 PM): mom walks the street? or she's a little more discrete?
jim p (4/23/2007 4:14:12 PM): depends she is off and on with it
jim p (4/23/2007 4:15:11 PM): u have any pics
Subtle Discrete (4/23/2007 4:16:08 PM): let me check. I tend to freak out every now and then and erase my hard drive, lol.
jim p (4/23/2007 4:16:21 PM): lol im the same way dude
Subtle Discrete (4/23/2007 4:18:32 PM): not finding anything at the moment. still looking...
jim p (4/23/2007 4:18:40 PM): ok kool im here
Subtle Discrete (4/23/2007 4:22:24 PM): fuck, I guess I should be glad that I can't find any pics (I recently "cleaned" up). But I'm not a pic-hog or anything like that.
jim p (4/23/2007 4:22:34 PM): lol
jim p (4/23/2007 4:24:38 PM): so whats u up to just hanging out
Subtle Discrete (4/23/2007 4:24:45 PM): although given the topic of this discussion, and 'cause I'm a little (okay, a lot) paranoid...are you a police officer or in any way connected to or associated with law enforcement (to include private groups like "perverted justice")?
Subtle Discrete (4/23/2007 4:24:55 PM): hangin' out. bored.
jim p (4/23/2007 4:25:38 PM): lol fuck know man we think alike i was just getting ready to ask u the same question
jim p (4/23/2007 4:26:01 PM): i am not a cop or anything like that so i hope u r not as well
Subtle Discrete (4/23/2007 4:26:38 PM): nope. not a cop either.
jim p (4/23/2007 4:26:48 PM): kool
jim p (4/23/2007 4:26:59 PM): just checking
Subtle Discrete (4/23/2007 4:27:18 PM): as you said, we think alike.
jim p (4/23/2007 4:27:37 PM): lol i run my old mans liquor store u?
Subtle Discrete (4/23/2007 4:28:02 PM): healthcare
jim p (4/23/2007 4:28:04 PM): kool
Subtle Discrete (4/23/2007 4:28:39 PM): yeah, off work today. looking on CL for some girl to blow me, lol.
jim p (4/23/2007 4:28:45 PM): lol
jim p (4/23/2007 4:29:06 PM): ive done that before any good ones on there i havent been on in a while

jim p (4/23/2007 4:29:36 PM): i always look for the youngest pics
Subtle Discrete (4/23/2007 4:29:39 PM): no. hard to tell who's legit, you know?
jim p (4/23/2007 4:29:49 PM): yeah i know
Subtle Discrete (4/23/2007 4:29:59 PM): but I don't want to go somewhere and get robbed, my ass kicked, or arrested.
jim p (4/23/2007 4:30:11 PM): im always afraid of running into a trap with CL
Subtle Discrete (4/23/2007 4:30:21 PM): yeah, I am too
jim p (4/23/2007 4:31:12 PM): ur right i always have lil k mom take a metro to the hotel that i get i stay in safe neighborhods
Subtle Discrete (4/23/2007 4:31:53 PM): so mom drops her off, huh?
jim p (4/23/2007 4:32:52 PM): yeah most of the time she does i have her meet at the hotel bar slide her the key card then she drops her off in the room
Subtle Discrete (4/23/2007 4:34:02 PM): I guess it might turn heads for an adult white guy to be entering a hotel room with young girl.
jim p (4/23/2007 4:34:19 PM): especially a white guy
jim p (4/23/2007 4:34:31 PM): thats why i have her take her to the room
jim p (4/23/2007 4:34:37 PM): alot safer
Subtle Discrete (4/23/2007 4:35:23 PM): so about how much does mom make on this transaction?
jim p (4/23/2007 4:36:04 PM): it depends at first i gave her alot cause i didnt want her to change her mind or say no but now usually 100-150
jim p (4/23/2007 4:36:21 PM): sometimes more
Subtle Discrete (4/23/2007 4:36:23 PM): pretty fucking reasonable, I think.
Subtle Discrete (4/23/2007 4:36:33 PM): yeah, I'd be tempted to add a little more sometimes
jim p (4/23/2007 4:37:04 PM): i do but i do shit for them to buy clothes from time to time or give her extra cash
jim p (4/23/2007 4:37:16 PM): i try to stay on her good side
Subtle Discrete (4/23/2007 4:37:37 PM): does mom ever contact you or is it always you contacting her?
jim p (4/23/2007 4:38:49 PM): always me she used to call me on a bullshit prepaid phone but she would always call begging for money got old
Subtle Discrete (4/23/2007 4:39:47 PM): I bet
Subtle Discrete (4/23/2007 4:41:33 PM): I'm actually changing jobs in less than a month, taking a job out West in a place a lot tamer than D.C. So even if I had a connection here, I'd only have three weeks to enjoy it. Like you said, you got lucky.
jim p (4/23/2007 4:42:06 PM): yeah i wish u luck
Subtle Discrete (4/23/2007 4:42:14 PM): lol
jim p (4/23/2007 4:42:36 PM): lol
Subtle Discrete (4/23/2007 4:43:19 PM): so any suggestions on finding a mouth this afternoon? Cruise down Ga ave?
jim p (4/23/2007 4:43:40 PM): u want anyone or preteen
Subtle Discrete (4/23/2007 4:44:13 PM): well, I doubt what I want is available, lol
jim p (4/23/2007 4:44:19 PM): lol true
jim p (4/23/2007 4:45:02 PM): that was a dumb question i just got lucky would consider sharing just dont want to get caught in a trap

Subtle Discrete (4/23/2007 4:45:30 PM): dude, I don't blame you at all.
jim p (4/23/2007 4:46:03 PM): yeah ive had some ask i though about before but most didnt sound sinciere about it anyway
Subtle Discrete (4/23/2007 4:46:33 PM): oh, I'm sincere as fuck. Kinda skittish, though
jim p (4/23/2007 4:46:43 PM): lol i hear ya
Subtle Discrete (4/23/2007 4:47:28 PM): the question for you, though, is what would you get out of it? I mean, if it was me, I think I would be one secretive MF and not tell a soul of my little treasure.
jim p (4/23/2007 4:48:21 PM): lol yeah i dont know i was at first but i like talking with people who r into the same shit as me
jim p (4/23/2007 4:48:36 PM): sometimes il feel bad but she really does like it
Subtle Discrete (4/23/2007 4:48:50 PM): hell, it does feel good.
jim p (4/23/2007 4:49:22 PM): u seem real unlike some other people thats why i feel comfortable talking to u about it and though cautious would consider sharing
Subtle Discrete (4/23/2007 4:50:19 PM): well, the advantage with me is that I leave town in a few weeks anyway. That makes things more simple in many ways.
jim p (4/23/2007 4:51:09 PM): yeah thats also true i just dont wanna get my ass kicked or arrested if i did it i would like to met somewhere in public to feel comfortable
Subtle Discrete (4/23/2007 4:52:16 PM): lol. That's what I was going to tell you. Public meeting first.
jim p (4/23/2007 4:52:27 PM): damn we do think alike lol'
Subtle Discrete (4/23/2007 4:52:43 PM): and if the vibe isn't right, I'll get the fuck out of there. And I suspect your response would be the same.
jim p (4/23/2007 4:52:54 PM): yeah exactly
jim p (4/23/2007 4:53:19 PM): im a kinna skinny white guy tall
Subtle Discrete (4/23/2007 4:53:28 PM): As far as I am concerned, this is merely a fantasy discussion and any meeting would be to discuss this fantasy in which neither of us would ever actually indulge.
jim p (4/23/2007 4:53:41 PM): kool
jim p (4/23/2007 4:53:49 PM): that sounds like a safe bet
Subtle Discrete (4/23/2007 4:53:50 PM): kinda skinny here. not tall, really (5'9)
jim p (4/23/2007 4:54:02 PM): 6'2" here
Subtle Discrete (4/23/2007 4:55:16 PM): what do you think k's mom would think about someone else being involved?
jim p (4/23/2007 4:57:02 PM): well im really kool with both i know k would not say anything to her mom id rather not tell her mom but k would be kool expeically if we gave her a lil money we just cannot do any anal mom made it clear ive fingered her ass but we cant fuck her in the as if thats kool
Subtle Discrete (4/23/2007 4:57:25 PM): not a problem at all
jim p (4/23/2007 4:57:28 PM): kool
jim p (4/23/2007 4:58:00 PM): mom thinks i wear a condom lol but i dont im clean k doesnt say anything to her mom either
Subtle Discrete (4/23/2007 4:58:37 PM): I've never had anything and have no interest in catching something, lol
jim p (4/23/2007 4:58:56 PM): lol yeah u can wear one if u want lol
jim p (4/23/2007 4:59:12 PM): i have a hard time cumming with one on

Subtle Discrete (4/23/2007 4:59:14 PM): with a young one like that? I'll pass
jim p (4/23/2007 4:59:18 PM): lol
Subtle Discrete (4/23/2007 4:59:19 PM): yeah, me too.
jim p (4/23/2007 4:59:20 PM): i bey
jim p (4/23/2007 4:59:22 PM): bet
jim p (4/23/2007 5:00:17 PM): well just let me know i feel comfortable with u so far at this point
Subtle Discrete (4/23/2007 5:01:32 PM): let you know what? I'm up for us meeting in public soon. Remember, I'm horny now, lol.
jim p (4/23/2007 5:01:39 PM): lol
jim p (4/23/2007 5:02:17 PM): i hear ya i would just have to get a hold of the mom to see if tonight or whenever would be kool
Subtle Discrete (4/23/2007 5:03:09 PM): when did you last see k?
jim p (4/23/2007 5:03:30 PM): like a little over a week
Subtle Discrete (4/23/2007 5:03:48 PM): so mom is probably expecting a call anyway
jim p (4/23/2007 5:04:23 PM): yeah she know i call her at least once every week or two just to keep contact
Subtle Discrete (4/23/2007 5:05:36 PM): so you should set something up for tonight or tomorrow night. You and I meet somewhere else. If we're comfortable, we can go from there. If we don't click, you can still have your hookup later on.
Subtle Discrete (4/23/2007 5:05:50 PM): at least, that's what I'd do
jim p (4/23/2007 5:06:08 PM): yes that sound like a safe bet
Subtle Discrete (4/23/2007 5:06:56 PM): what name should I call you, btw?
jim p (4/23/2007 5:07:03 PM): james what about u
jim p (4/23/2007 5:07:20 PM): u want my cell or do u not feel comfortable with that
Subtle Discrete (4/23/2007 5:07:47 PM): alan. sure, I'll take your cell #. We're just chatting...
jim p (4/23/2007 5:07:53 PM): kool
jim p (4/23/2007 5:08:07 PM): 571 641 9471
jim p (4/23/2007 5:08:24 PM): u have one
Subtle Discrete (4/23/2007 5:09:11 PM): yeah. one sec
jim p (4/23/2007 5:09:14 PM): k
Subtle Discrete (4/23/2007 5:10:57 PM): sorry, roommate came in
jim p (4/23/2007 5:11:01 PM): kool
Subtle Discrete (4/23/2007 5:11:08 PM): that's your cell number?
jim p (4/23/2007 5:11:16 PM): yeah
Subtle Discrete (4/23/2007 5:11:57 PM): ok. fuck I hope this isn't a trap...240-731-3817
jim p (4/23/2007 5:12:12 PM): i hope not either
jim p (4/23/2007 5:13:27 PM): i can call u once i talk to the mom
Subtle Discrete (4/23/2007 5:14:10 PM): okay. I'll be online as well.
Subtle Discrete (4/23/2007 5:14:16 PM): when do you plan to call mom?
jim p (4/23/2007 5:14:17 PM): okay kool
jim p (4/23/2007 5:15:45 PM): i can call in a bit just have to take care of something then ill be free in like an hour u busy or free tonight cause i can try for tonight if u want
Subtle Discrete (4/23/2007 5:16:13 PM): I'm free tonight.

jim p (4/23/2007 5:16:52 PM): okay ill either give u a call or see if ur online give me an hour or so
jim p (4/23/2007 5:17:30 PM): kool
Subtle Discrete (4/23/2007 5:18:07 PM): got it. It's what, 5"15 or so now?
jim p (4/23/2007 5:18:27 PM): yeah ill get back at like 630 or so
Subtle Discrete (4/23/2007 5:18:34 PM): got it. I'll be here.
jim p (4/23/2007 6:19:42 PM): u on
Subtle Discrete (4/23/2007 6:19:51 PM): yeah
jim p (4/23/2007 6:20:43 PM): kool alright here is the deal spoke with mom she can meet tonight between 9 and 930 if that is to late then she may be able to meet tomorrow early evening
Subtle Discrete (4/23/2007 6:21:04 PM): tonight would still work
jim p (4/23/2007 6:22:00 PM): okay kool ive used different hotels they just have to be around a metro ive used the redroof inn cause its by the metro and an irish bar
jim p (4/23/2007 6:22:06 PM): kinna kool place
Subtle Discrete (4/23/2007 6:22:23 PM): what part of town we talking about?
jim p (4/23/2007 6:22:41 PM): that is in northwest in chinatown
jim p (4/23/2007 6:22:55 PM): its close to the mci center
Subtle Discrete (4/23/2007 6:23:00 PM): ok.
Subtle Discrete (4/23/2007 6:23:25 PM): so I'd like for me and you to meet well before then, if that's possible...
jim p (4/23/2007 6:23:51 PM): yeah me to thats fine u wanna meet at the bar
jim p (4/23/2007 6:23:55 PM): u drink?
Subtle Discrete (4/23/2007 6:24:31 PM): not this year. lol. I alternate years I drink so I don't become a drunk (it's true). But meeting in a bar would still work for me.
jim p (4/23/2007 6:25:15 PM): okay thats fine what time like 8 or 830 r u far from that place
Subtle Discrete (4/23/2007 6:25:59 PM): mci center? yeah, it's a ways. but I can get there. We can meet at 8.
jim p (4/23/2007 6:26:42 PM): okay kool ill call u or u can call me when u r close the irish channel is like on 5th and H northwest
Subtle Discrete (4/23/2007 6:27:05 PM): what kind of dress code (slacks? jeans?)
jim p (4/23/2007 6:27:28 PM): no its laid back im going to wear shorts and a t
Subtle Discrete (4/23/2007 6:27:41 PM): oh. is there a safe place to park?
jim p (4/23/2007 6:28:06 PM): yeah at that time u should find something on a meter out front or near by
Subtle Discrete (4/23/2007 6:28:50 PM): ok. well, that's about an hour and a half from now. I'll call you when I'm close by.
jim p (4/23/2007 6:28:58 PM): okay kool

Detective Palchak's notes on lewis case 4/23/07

- Defendant contacted me via cell phone and stated that he in front of the irish channel.
- Defendant entered the bar made eye contact with the undersigned and sat down
- The defendant ordered a coke and began talking to the undersigned
- The undersigned asked if he was alan. He said yes
- I said im glad u r not a trap  I was nervous
- Defendant grinned and said  I was to u have short hair
- I said u have short hair to
- The defendant laughed and said that's the thing with us there is no certain look that we have
- I asked the defendant where he was leaving in two weeks he said san diego ca
- Also said that he drinks for a year then quits for a year.
- i then made the signal for my back up and he was arrested.
- Informed him that K's mom is safe because ive had sex with her numerous times so I know she is not a trap.  Defendant said good

*Palchak* (signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) Cr. No. 07-0119 (GK) |
| V. | ) |
| | ) |
| **TROY LEWIS** | ) |

**ORDER**

Defendant Lewis having moved to dismiss count I of the indictment herein, and good cause shown, it is hereby **ORDERED** that the motion is granted.

This, the       Day of            , 2007.


_____
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE