UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 07-119 (GK) |
| ) | |
| TROY LEWIS, ) | **FILED** |
| ) | |
| Defendant. ) | AUG 0 7 2007 |
| ) | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

**ORDER**

This case was assigned a trial date of October 1, 2007 at 10:00 a.m. and an alternative trial date of September 10, 2007 at 10:00 a.m. Due to scheduling changes in another, unrelated, case that was initially set for trial on the same day, it is hereby

**ORDERED** that trial shall commence in this case on **September 10, 2007** at **10:00 a.m.**

Aug. 7, 2007

Gladys Kessler
United States District Judge

**Copies to: Attorneys of record via ECF**

