UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-119 (GK)** |
| | : | |
| v. | : | |
| | : | |
| **TROY ALAN LEWIS** | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned for all purposes to Assistant United States Attorney Jocelyn Ballantine at telephone number (202) 514-7533 and/or email address Jocelyn.Ballantine2@usdoj.gov.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

BY:  /s/
JOCELYN S. BALLANTINE
Assistant United States Attorney
C.A. Bar No. 208267
555 4th Street, N.W.  Room 4237
Washington, DC 20530
(202) 514-7533