UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Case No. |
| | : | 07-119 (GK) |
| TROY LEWIS, | : | |
| | : | FILED |
| Defendant. | : | SEP 17 2007 |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>Counsel's Acknowledgments Concerning Trial Exhibits</u>

Counsel acknowledges that they have jointly reviewed the exhibits that were admitted into evidence with the courtroom deputy and have agreed on what exhibits will be submitted to the jury during deliberations.

_/s/ Jocelyn Ballantine_

_/s/ Shawn Moore_