UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Criminal No. 07-119

TROY ALAN LEWIS

　　Defendant

### NOTE FROM JURY

CAN WE GET A SECOND COPY OF THE TRANSCRIPT AND THE CHARGES

Ladies and Gentlemen,
Please be specific about what you mean by "the transcript" and "the charges." Judge Kessler
09/19/07 — 10:17 a.m.

Date: 9/19/07

Time: 10:10

FOREPERSON