# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,                 :
                                          :
            v.                            :         **Criminal No. 07-119 (GK)**
                                          :
TROY LEWS,                                :         **FILED**
                                          :
                      Defendant.          :         SEP 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## VERDICT FORM

WE, THE JURY, return the following unanimous verdict:

With respect to Count I, Attempted Coercion and Enticement of a Minor, we the jury find

Defendant Troy Lewis:

_____ Not Guilty          \_\_\_X\_\_\_\_\_ Guilty

With respect to Count II, Travel with Intent to Engage in Illicit Sexual Conduct, we the jury

find the Defendant Troy Lewis:

_____ Not Guilty          \_\_\_X\_\_\_\_\_ Guilty

_____
Foreperson