**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) Cr. No. 07-0119 (GK) |
| V. | ) |
| | ) |
| **TROY LEWIS** | ) |

**DEFENDANT'S MEMORANDUM IN AID OF SENTENCING**

Defendant Troy Lewis will appear before the Court for sentencing on December 19, 2207. Mr. Lewis was convicted of Attempted Enticement of a Minor, 18 U.S.C. § 2422(b), and Travel with Intent to Engage in Illicit Sexual Conduct, 18 U.S.C. § 2423(b), after a trial. Mr. Lewis has been held without bond since his presentment on April 24, 2007. The Probation Department has calculated a sentencing guidelines range for these offenses of 151 to 188 months. Mr. Lewis respectfully asks the Court for leniency in sentencing. We ask that this memorandum be read in conjunction with the submissions (letters) previously made to the Court.

I.   18 U.S.C. 3553 FACTORS

With respect to 18 U.S.C. §3553, the Court we initially must consider: 1) the nature and circumstances of the offense, and; 2) the history and characteristics of the defendant. No one disputes the seriousness of the offenses. Indeed, the first count carries a statutory minimum sentence of ten years, although there was never a chance that a child would be harmed, and the child never existed. With respect to Mr. Lewis, his childhood was a sad, even tragic, one. He was passed from foster home to foster home, was separated from his siblings, suffered abuse as a child, and never seemed to enjoy anything approaching a normal parent child relationship. Nonetheless, the outpouring of letters in support of Mr. Lewis suggests a soul with many good, admirable qualities. He has been a friend to many, has shown genuine compassion, has been gainfully employed, and, as the

submissions indicate, helped numerous close friends and acquaintances. He has counseled others in need, volunteered at crisis centers, and served in rescue squads.

The Court also must consider certain needs for the sentence to be imposed. Here, Mr. Lewis faces a mandatory minimum sentence of ten years on the first count alone. This sentence is a substantial one. Mr. Lewis is 39 years old and has no juvenile or adult convictions. He will be separated from children for a considerable period of time, and the sentence is one that informs others that they are subject as well to lengthy sentences.

We recognize that this is not the time to dispute the jury's verdict, and as there will undoubtedly be an appeal, we are limited in what we can say about the specific facts of the case. That said, however, for the foregoing reasons and any others that may appear to the Court, counsel and Mr. Lewis ask that the Court consider this Memorandum and exercise some leniency in the sentencing.

Respectfully submitted,

A.J. Kramer
Federal Public Defender

By: _____/s/_____
Shawn Moore
Assistant Federal Public Defender
Attorney for Troy Lewis
DC Bar#214171
625 Indiana Avenue, NW #550
Washington, DC 20004
202/208-7500
Fax/208-7515 or 501-3829