HONORABLE GLADYS KESSLER, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
DEC 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: 07-CR-119 |
| --- | --- | --- |
| vs. | : | SSN |
| LEWIS, Troy Alan | : | Disclosure Date: November 8, 2007 |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
    ( ) There are no material/factual inaccuracies therein.
    ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____     _____
Prosecuting Attorney                                                    Date

### For the Defendant

(CHECK APPROPRIATE BOX)
    ( ) There are no material/factual inaccuracies therein.
    (✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____ 18 NOV 2007      _____ 11/18/07
Defendant                          Date              Defense Counsel                Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **November 22, 2007**, to U.S. Probation Officer **Michael Penders**, telephone number **(202) 565-1379**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
       United States Probation Officer

**Receipt and Acknowledgment**  Page 2

Mr. Lewis never claimed to have masturbated to a pre-teen web site

Mr. Lewis did not receive a military posting in Pediatric Medicine to San Diego. He had received a posting in family practice to Washington state.

Signed by: _Shawn Moore_
(Defendant/Defense Attorney/AUSA)

Date: Nov 27, 2007