NOV-16-2007  19:50        US ATTORNEYS                    202 514 6010    P.001/001

HONORABLE GLADYS KESSLER, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>07-CR-119</u> |
| | : | |
| vs. | : | SSN: _____ |
| | : | |
| LEWIS, Troy Alan | : | Disclosure Date: <u>November 8, 2007</u> |

**DEC 1 9 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

( ✓ )    There are no material/factual inaccuracies therein.

(   )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                    <u>11-16-2007</u>
Prosecuting Attorney                                         Date

### For the Defendant

(CHECK APPROPRIATE BOX)

(   )    There are no material/factual inaccuracies therein.

(   )    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____    _____        _____    _____
Defendant                  Date                          Defense Counsel            Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>November 22, 2007</u>, to U.S. Probation Officer **Michael Penders**, telephone number <u>(202) 565-1379</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:    Gennine A. Hagar, Chief
       United States Probation Officer