UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :

        vs.                                :   Criminal No.  07-119 (GK)

TROY ALAN LEWIS                 :

## NOTICE OF APPEAL

**Name and address of appellant:**   Troy Alan Lewis
DCDC 314-439
CTF
1901 E Street, SE
Washington, DC 20003

**Name and address of appellant's attorney:**   Shawn Moore
625 Indiana Ave.,.W., Suite 550
Washington, DC 20004

**Offense: 18 U.S.C. § 2422(b)**
       **18 U.SC. § 23423(b)**

**Concise statement of judgment or order, giving date, and any sentence: 12/19/07: Count 1 is grouped with Count 2 because these counts involve the same victim and act- 151 months incarceration; 15 years of supervise release; $200 special assessment.**

**Name of institution where now confined, if not on bail: Central Treatment Facility**

**I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.**

  12/26/07                                  Troy Alan Lewis
DATE                                          APPELLANT

CJA, NO FEE    X                              "/s/"
PAID USDC FEE _____           ATTORNEY FOR APPELLANT
PAID USCA FEE _____
Does counsel wish to appear on appeal? Yes/No
Has counsel ordered transcripts? Yes/No
Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes/No