UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 07-119 |
| | : |
| TROY LEWIS | : |

**FILED**

JAN 0 8 2008

Clerk, U.S. District and
Bankruptcy Courts

<u>ORDER</u>

It is hereby ORDERED that the Judgment and Commitment Order filed on December 20, 2007, be amended to reflect the following additional conditions of supervised release that were imposed at sentencing:

a) substance abuse treatment, to include residential treatment if necessary or appropriate as determined by the probation office;

b) periodic unannounced examinations of his computer by the probation office;

c) the defendant shall not possess, or use, any data encryption technique or program and shall refrain from accessing, via computer, any material that relates to the activity in which the defendant was engaged when committing the instant offense;

d) the defendant shall maintain a daily log of all addresses accessed by way of any computer, other than those authorized for employment, and he shall make the log available to the probation office for review;

e) the defendant shall consent to third party disclosure to any employer or potential employer, concerning any computer related restrictions that are imposed;

f) the defendant shall be restricted from engaging in employment, consulting, or association in any contact with children as a profession for the duration of his supervision;

g) he shall cooperatively participate in a mental health program specifically related to sexual offender therapy, as approved by the probation office, and abide by all program rules, requirements and conditions, which may include, but is not limited to, submission to periodic and random polygraph testing, plethysmograph examinations, and ABEL Assessment, as directed by the probation office;



h) he shall not associate with any known sex offender;

i) the defendant shall not possess or use a computer that has access to any "on-line computer service" at any location, including his place of employment, without the prior written approval of the probation office. "On-line computer service" includes, but is not limited to, any Internet service provider, bulletin board system, or any other public or private computer network;

j) he shall have no direct, or indirect, contact with children, age 18 or younger, and shall refrain from loitering in any place where children congregate, including but not limited to residences, arcades, parks, playgrounds, and schools;

k) the defendant shall not reside with a child or children under the age of 18 without the expressed and written approval of the minor's legal guardian and the written permission of the Court;

l) he shall not be employed in any capacity or participate in any volunteer activity that involves contact with minors except under circumstances approved in advance and in writing by the Court;

m) he shall not possess any pornographic, sexually oriented, or sexually stimulating materials, including visual, auditory, telephonic, or electronic media, and/or computer programs or services that are relevant to your offense conduct or behavioral pattern relating to child pornography and he shall not patronize any place where pornography or erotica can be accessed, obtained, or viewed, including establishments where sexual entertainment is available;

n) the defendant shall comply with the Sex Offender Registration requirements for convicted sex offenders for a minimum of 25 years in any state or jurisdiction where you reside, are employed, carry on a vocation, or are a student;

o) the defendant shall not utilize "900" adult telephone numbers or any other sexually related telephone numbers and shall confirm compliance through submission of personal/business telephone records

**WHEREFORE**, it is this 8th day of January, 2008, hereby

**ORDERED**, that the Judgment and Commitment Order be amended.

*Gladys Kessler*
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**